UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

KEVIN BOND,                                )
                                           )
          Plaintiff,                       )
                                           )
Vs.                                        )        Case No. 4:09CV135 HEA
                                           )
AT&T UMBRELLA BENEFIT                      )
PLAN NO. 1,                                )
                                           )
          Defendant.                       )

## JUDGMENT

In accordance with the Opinion, Memorandum and Order entered this same

date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

Judgment is entered in favor of Defendant and against Plaintiff.

Dated this 4th day of February, 2010.


_____
    HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE